```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

FELIZ AARON MORALES RODRIGUEZ,   *

    Petitioner,                 *

vs.                              *       CASE NO. 4:12-CV-336-CDL
                                                                      28 U.S.C. § 2241

WARDEN DENNIS HASTY,             *

    Respondent.                 *

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 17, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 22nd day of October, 2013.

                                                    s/Clay D. Land
                                                        CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE